# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------

MONICA NUGENT and BRANDON VERNON,

                *Plaintiffs*,

v.

DISCOVER BANK and DISCOVER FINANCIAL SERVICES,

                *Defendants*.

-------------------------------------------------

CIV. ACTION NO. 3:25-CV-00307

**NOTICE OF REMOVAL**

Removed Proceeding:
State of Connecticut, Superior Court,
Judicial District of Stamford-Norwalk
Docket No. FST-CV25-5031814-S

## DEFENDANTS DISCOVER BANK AND DISCOVER FINANCIAL SERVICES' NOTICE OF REMOVAL

Defendants Discover Bank and Discover Financial Services (collectively, "Discover"), by and through their undersigned counsel, hereby remove this action from the Superior Court of Connecticut, Judicial District of Stamford-Norwalk, to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. §§ 1441 and 1446, based on the following grounds:

## BACKGROUND

1. On or about February 3, 2025, Plaintiffs Monica Nugent and Brandon Vernon (collectively, "Plaintiffs") filed a complaint ("Complaint") against Discover in the Superior Court of Connecticut, Judicial District of Stamford-Norwalk, under Docket No. FST-CV25-5031814-S (the "State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as **Exhibit A**.

2. Discover has not answered, moved, or otherwise responded to the Complaint.

3. The claims against Discover include allegations of failing to investigate fraudulent credit card accounts, reporting inaccurate information to credit agencies in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*., negligence in handling fraud disputes,

and defamation due to false credit reporting.  *See generally* Exhibit A.

## FEDERAL QUESTION JURISDICTION

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiffs' Complaint is founded on a claim or right arising under the laws of the United States.

5. In the Complaint, Plaintiffs allege that Discover violated a federal statute; namely, the FCRA.  *See generally* Exhibit A.

6. This Court has jurisdiction over all claims brought under these federal statutes and, as such, federal question jurisdiction exists and removal is proper under 28 U.S.C. §§ 1331 and 1441(a).

## VENUE

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because it is the district within which the State Court Action is pending.

## TIMELINESS OF REMOVAL

8. The Complaint was filed in the State Court Action on February 3, 2025.

9. Discover received a copy of the summons and Complaint on February 4, 2025. Therefore, this Notice of Removal is timely as the 30-day time period set forth in 28 U.S.C. § 1446(b)(1) has not yet expired.[1]

## PROCEDURAL REQUIREMENTS

10. The Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.  *See* 28 U.S.C. § 1446(a).

---

[1] Plaintiffs filed a return of service in the State Court Action showing multiple certified mail receipts for purported mailings to Discover, with the earliest confirmed delivery on January 31, 2025. Even if January 31, 2025 is considered the effective date of service, the filing remains timely.

11. Aside from the Complaint (Exhibit A), no other process, pleading, or order has been sent to or received by Discover in the State Court Action. *See* 28 U.S.C. § 1446(b).

12. There are no other parties in the State Court Action.

13. Discover will serve notice of filing of the notice of removal on all parties of record and file it with the Connecticut Superior Court. *See* 28 U.S.C. §§ 1446(a), (d).

14. As required by this Court's Standing Order on Removed Cases, a Notice of Pending Motions specifying any pending motions that require action by a Judge of this Court is attached hereto as **Exhibit B**.

WHEREFORE, Discover respectfully requests that the above-captioned action, now pending in the Superior Court of Connecticut in the Judicial District of Stamford-Norwalk, be removed to the United States District Court for the District of Connecticut.

        Respectfully Submitted,
        DISCOVER BANK and
        DISCOVER FINANCIAL SERVICES

        By Their Attorneys,

           /s/ Angela M. Vickery-Davis
        Angela M. Vickery-Davis (Bar No. ct30708)
        Natale & Wolinetz
        116 Oak Street
        Glastonbury, Connecticut 06033
        (860) 430-1802 – Phone
        (860) 430-1809 – Facsimile
        avickery@natalelawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of March, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Monica Nugent
31 Hawthorne Drive
Norwalk, Connecticut 06851
*Plaintiff, Pro Se*

Brandon Vernon
31 Hawthorne Drive
Norwalk, Connecticut 06851
brandonvernon39@gmail.com
*Plaintiff, Pro Se*


    /s/ Angela M. Vickery-Davis
Angela M. Vickery-Davis